UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY EUGENE RAMSEY,

      Plaintiff,                            CASE NO. 07-CV-13680

-vs-

ARGENT MORTGAGE                       PAUL D. BORMAN
COMPANY, L.L.C., et al.,               UNITED STATES DISTRICT JUDGE

      Defendants.
_____/

## ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

On October 31, 2007, the Court issued an Order to Show Cause to Plaintiff as to why this Court enjoyed proper subject matter jurisdiction over this action pursuant to Fed. R. Civ. P. 12(h)(3). The Court allowed Plaintiff fifteen days to respond to the Order to Show Cause or risk dismissal for lack of proper subject matter jurisdiction.

To date, Plaintiff has failed to respond to the Order to Show Cause regarding subject matter jurisdiction. For this reason, the Court:

(1)     **DISMISSES** the Complaint (Doc. No. 1); and

(2)     **DISMISSES** as moot Defendants Wells Fargo Bank and Argent Mortgage Company's Motion for Summary Judgment (Doc. No. 19).

**SO ORDERED.**

                                               s/Paul D. Borman
                                               PAUL D. BORMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: December 10, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 10, 2007.

s/Denise Goodine<br>
Case Manager